AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Laurack D. Bray
_____
Plaintiff(s)

v.

Superior Court of California,
(See attached)
_____
Defendant(s)

Civil Action No. CV17-06289-CJC(AS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Superior Court of California

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8-25-2017

CLERK OF COURT

Derek Davis
*Signature of Clerk or Deputy Clerk*

1183

Laurack D. Bray
P.O. Box 611432
Los Angeles, California 90061
Tel: (805) 901-2693

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURACK D. BRAY, | NO._____ |
| Plaintiff, | |
| v. | VERIFIED* CIVIL RIGHTS COMPLAINT |
| SUPERIOR COURT OF CALIFORNIA; and SHERIFF JIM McDONNELL, County of Los Angeles, in his official capacity, Tani-Cantil-Sakauye, in her Official capacity | FOR PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES  JURY TRIAL DEMANDED |
| Defendants. | |

*Factual allegations

1