FILED

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Laurack D. Bray
P.O. Box 611432
Los Angeles, CA
Pro Se Plaintiff
(805) 901-2693

2017 AUG 25 AM 10:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Laurack D. Bray
Plaintiff(s),

v.

Superior Court of California, et. al.
Defendant(s).

CASE NUMBER:

CV17-06289-CJC(AS)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, Pro Se, Plaintiff Laurack D. Bray or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. State of California | Defendant |
| 2. Superior Court of California | Defendant |
| 3. Jim McConnell | Defendant |
| 4. Tani-Cantil-Sakauye | Defendant |
| 5. Joseph Kalin, Judge | entered judgment |
| 6. Dianne Jackson | Superior Court Plaintiff |

August 24, 2017
Date

Signature: Laurack D. Bray

name of party appearing in pro per):
LAURACK D. BRAY

CV-30 (05/13)         NOTICE OF INTERESTED PARTIES