LODGED

2017 AUG 25 AM 10:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY

LAURACK D. BRAY
P.O. Box 611432
Los Angeles, California 90061
(805) 907-2693

Plaintiff Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LAURACK D. BRAY

      Plaintiff,

v.

DEPARTMENT OF JUSTICE, et al.

      Defendants.

NO. CV17-06289-CJC(AS)

PROPOSED EX PARTE TEMPORARY
RESTRAINING ORDER AND ORDER
TO SHOW CAUSE REGARDING
PRELIMINARY INJUNCTIVE RELIEF

This matter having come before the Court on Plaintiff Laurack D. Bray's ex-parte application for a temporary restraining order and order to show cause regarding a preliminary injunction against various ▬▬▬▬ state Defendants.

12

Upon consideration of the papers and evidence submitted by Plaintiff in support of the Motion, and any other papers, evidence or arguments presented by the parties in connection with Plaintiff's ex parte application/motion; and the Court having found that good cause exists therefor, and Plaintiff having shown that immediate and irreparable harm will result to Plaintiff in the absence of the requested relief;

IT IS HEREBY ORDERED that :

1. Plaintiff's Ex Parte Application/Motion for a Temporary Restraining Order or TRO is GRANTED. The standards for a temporary restraining order have been met, including Plaintiff's showing of irreparable harm and likelihood of success on the merits. The balance of hardships favors Plaintiff and temporary order is in the public's interest.

2. Defendants, and all, including all successors, agents, officers, servants, employees, attorneys, and representatives and all persons acting in concert or participating with Defendants in their respective official capacities, and all others who receive notice of this Order are, pending hearing on this Court's below-issued Order to Show Cause, hereby ordered, enjoined, and restrained as follows:

(a). RESTRAINED and ENJOINED from recognizing the aforementioned unlawful detainer judgment, issued by Judge Joseph Kalin on July 6, 2017, as a valid judgment.

(b). RESTRAINED and ENJOINED from enforcing the aforementioned unlawful detainer judgment described in (a) above, pending further notice from the court stating otherwise.

3. The Court grants this TRO, compelling Defendants, their officers, agents, employees, attorneys, and all persons who are in active concert or participation with them, to take all actions necessary within the scope of their authority to implement the above injunctive relief; and it is ordered that this TRO will be maintained until this Court considers and files an Order to Show Cause for a preliminary injunction herein.

4. This Court further issues an Order to Show Cause fixing the time for Plaintiff's motion for a Preliminary Injunction. It is

FURTHER ORDERED that Defendants SHOW CAUSE and appear before this Court in Courtroom_____ located at _____

_____, at _____, or as soon as thereafter as this matter may be heard on _____, then and there to show cause, if any, that the state Defendants and all and any other Defendants, including Dianne Jackson, their respective officers, agents servants, employees and attorneys and all those in active concert or participation with said Defendants and each of them, while pending the determination of this action and further Order of this Court, why a preliminary injunction should not issue continuing the above Temporary Restraining Order.

### EFFECTIVE DATE and TIME

The above Temporary Restraining Order is effective immediately upon issuance. Plaintiff is not required to post a bond.

IT IS SO ORDERED.

_____  _____
Date                                                                 Judge, United States District Court
                                                                              Central District of California

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Application for an Ex Parte Temporary Restraining Order and Proposed Order was mailed, first class, postage prepaid to :

Chief, Civil Division  
California Attorney General's Office  
300 South Spring Street  
Los Angeles, CA 90013

Dianne V. Jackson  
402 E. 93rd Street  
Los Angeles, CA 90003

On this  day of   , 2017.

I declare under penalty of perjury that the foregoing is true and correct.

_____          _____  
Date                                              LAURACK D. BRAY