Name: Laurack D. Bray
Address: P.O. Box 61432
City, State, Zip: Los Angeles, CA 90061
Phone: 805-901-2693
Fax:
E-Mail:

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
2017 AUG 30 AM 10:19
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Laurack D. Bray
PLAINTIFF(S),

v.

Superior Court of Calif., Proposed Taui-Cantil-Sakauye, Jim McDonnell
DEFENDANT(S).

CASE NUMBER: 2:17-CV-06289-CJC-AS

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Laurack D. Bray** (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Sua Sponte Order Dismissing Complaint
☐ Judgment (specify):
☐ Other (specify):

PAID
AUG 30 2017
Clerk, US District Court
COURT 4612

Imposed or Filed on **Aug. 25, 2017**. Entered on the docket in this action on **Aug. 25, 2017**

A copy of said judgment or order is attached hereto.

August 29, 2017
Date

Signature: /s/ L.D.B.
☒ Appellant/ProSe  ☐ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                    NOTICE OF APPEAL

194,CLOSED,RELATED-DDJ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:17-cv-06289-CJC-AS

Laurack D. Bray v. Superior Court of California et al
Assigned to: Judge Cormac J. Carney
Referred to: Magistrate Judge Alka Sagar
Cause: 42:1983 Civil Rights Act

Date Filed: 08/25/2017
Date Terminated: 08/25/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Laurack D. Bray**                    represented by **Laurack D. Bray**
PO Box 611432
Los Angeles, CA 90061
805-901-2693
PRO SE

V.

**Defendant**

**Superior Court of California**

**Defendant**

**Sheriff Jim McDonnell**
*County of Los Angeles, in his official capacity*

**Defendant**

**Taui Cantil-Sakanye**
*is Chair of the Judicial Council of California, in her official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2017 | 1 | COMPLAINT filed against Defendants Taui Cantil-Sakanye, Jim McDonnell, Superior Court of California Case assigned to Judge Cormac J. Carney and referred to Magistrate Judge Alka Sagar. (Filing fee $400 FEE PAID.), filed by Plaintiff Laurack D. Bray. (et) (Entered: 08/25/2017) |
| 08/25/2017 | 2 | 21 DAY Summons Issued re Complaint - (Referred) 1 as to Defendant Superior Court of California. (et) (Entered: 08/25/2017) |
| 08/25/2017 | 3 | 21 DAY Summons Issued re Complaint - (Referred) 1 as to Defendant Jim McDonnell. (et) (Entered: 08/25/2017) |

| | | |
|---|---|---|
| 08/25/2017 | 4 | 21 DAY Summons Issued re Complaint - (Referred) 1 as to Defendant Taui Cantil-Sakanye. (et) (Entered: 08/25/2017) |
| 08/25/2017 | 5 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Laurack D. Bray. (et) (Entered: 08/25/2017) |
| 08/25/2017 | 6 | PLAINTIFFS APPLICATION for Temporary Restraining Order and for an Order to Show Cause re: regarding preliminary injunction filed by Plaintiff Laurack D. Bray. (Attachments: # 1 Proposed Order) (et) (Entered: 08/25/2017) |
| 08/25/2017 | 7 | NOTICE OF ASSIGNMENT to District Judge Cormac J. Carney and referred to Magistrate Judge Alka Sagar. (et) (Entered: 08/25/2017) |
| 08/25/2017 | 8 | MINUTE IN CHAMBERS by Judge Cormac J. Carney: Order Denying Plaintiff's Request for A Temporary Restraining Order [filed 8/25/2017] 6 and Sua Sponte Order Dismissing Complaint. (Made JS-6. Case Terminated.) (mt) (Entered: 08/25/2017) |