UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| LAURACK D. BRAY,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>SUPERIOR COURT OF CALIFORNIA; et al.,<br><br>    Defendants-Appellees. | No.   17-56315<br><br>D.C. No.<br>2:17-cv-06289-CJC-AS<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: TASHIMA, W. FLETCHER, and TALLMAN, Circuit Judges.

A review of the record and appellant's response to this court's September 1, 2017 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

Accordingly, we summarily affirm the district court's final order of dismissal.

All pending motions are denied as moot.

**AFFIRMED.**

MF/Pro Se