UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LAURACK D. BRAY,

    Plaintiff - Appellant,

v.

SUPERIOR COURT OF CALIFORNIA; et al.,

    Defendants - Appellees.

No. 17-56315

D.C. No. 2:17-cv-06289-CJC-AS
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered November 15, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7